IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ACCESS INSURANCE COMPANY, :
:
        Plaintiff, : CIVIL ACTION
:
v. : NO. 11-2919
:
MARIA LOPEZ CARPIO, :
:
        Defendant. :

## ORDER

**AND NOW**, this 17th day of April, 2012, it is **ORDERED** that this action is **DISMISSED**. The Clerk of Court is directed to close this case.

                                                  ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB 2012\A - K\Access Insurance Co. v. Carpio Order.wpd

1