IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ACCESS INSURANCE COMPANY,                  :
                                           :
                    Plaintiff,             :          CIVIL ACTION
                                           :
          v.                               :          NO. 11-2919
                                           :
MARIA LOPEZ CARPIO,                        :
                                           :
                    Defendant.             :

## ORDER

AND NOW, this 17 day of April , 2012, it is **ORDERED** that this action is

**DISMISSED**.  The Clerk of Court is directed to close this case.

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2012\A - K\Access Insurance Co. v. Carpio Order.wpd